**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

JOHN DOE,

        Plaintiff,

v.

THE PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

        Defendants.

Case No. 22-cv-3421

## LOCAL RULE 3.2 NOTIFICATION AND 7.1 DISCLOSURES

In accordance with Local Rule 3.2 and Fed. R. Civ. P. 7.1, Plaintiff makes the following

disclosures:

1.      Plaintiff does not have any parent corporations.

2.      Plaintiff is not a publicly-held corporation or an otherwise publicly-held entity.

3.      It is not the case that 5% or more of Plaintiff's stock is owned by a publicly-held

corporation or an otherwise publicly-held entity.


Dated: June 30, 2022

Respectfully submitted,

/S/BRANDON BEYMER
BRANDON BEYMER (ARDC NO. 6332454)
DALIAH SAPER (ARDC NO. 6283932)
SAPER LAW OFFICES, LLC
505 N. LASALLE, SUITE 60654
CHICAGO, ILLINOIS 60654
(312) 527-4100
BRANDON@SAPERLAW.COM
DS@SAPERLAW.COM

ATTORNEYS FOR PLAINTIFF