**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JOHN DOE, | Case No. 22-cv-3421 |
| Plaintiff, | |
| | **Judge Mary M. Rowland** |
| v. | |
| | **Magistrate Judge Sheila M. Finnegan** |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | |
| Defendants. | |

**DEFAULT JUDGMENT ORDER**

This action having been commenced by Plaintiff Eden 3000, Inc. ("Eden") against the defendants identified on Schedule A, and using the Defendant Domain Names and Online Marketplace Accounts identified on Schedule A (collectively, the "Defendant Internet Stores"), and Eden having moved for entry of Default and Default Judgment against the defendants identified on the redacted Schedule A attached hereto which have not yet been dismissed from this case (collectively, "Defaulting Defendants");

This Court having entered a preliminary injunction; Eden having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication and e-mail, along with any notice that Defaulting Defendants received from domain name registrars and payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

None of the Defaulting Defendants having answered or appeared in any way, and the time for answering having expired, so that the allegations of the Complaint are uncontroverted and are deemed admitted;

This Court finds that it has personal jurisdiction over Defaulting Defendants because Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Eden has provided a basis to conclude that Defaulting Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more seller aliases, offer shipping to the United States, including Illinois, and have sold products using infringing and counterfeit versions of Eden's federally registered trademark (the "Eden Trademark") to residents of Illinois. In this case, Eden has presented screenshot evidence that each Defendant e-commerce store is reaching out to do business with Illinois residents by operating one or more commercial, interactive internet stores through which Illinois residents can and do purchase products using counterfeit versions of the Eden Trademark. *See* Docket No. 9-2 through 9-15, which includes screenshot evidence confirming that each Defendant e-commerce store does stand ready, willing and able to ship its counterfeit goods to customers in Illinois bearing infringing and/or counterfeit versions of the Eden Trademark.

A list of the Eden Trademark is included in the below chart.

| Registration Number | Registered Trademark | International Classes |
|---|---|---|
| 3,043,035 | SNORE STOPPER | 10 |

This Court further finds that Defaulting Defendants are liable for willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114), false designation of origin (15 U.S.C.

§ 1125(a)), and violation of the Illinois Uniform Deceptive Trade Practices Act (815 ILCS § 510 *et seq.*).

Accordingly, this Court orders that Eden's Motion for Entry of Default and Default Judgment is GRANTED as follows, that Defaulting Defendants are deemed in default, and that this Default Judgment is entered against Defaulting Defendants.

This Court further orders that:

1.  Defaulting Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

    a.  using the Eden Trademark or any reproductions, counterfeit copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Eden product or not authorized by Eden to be sold in connection with the Eden Trademark;

    b.  passing off, inducing, or enabling others to sell or pass off any product as a genuine Eden product or any other product produced by Eden, that is not Eden's or not produced under the authorization, control, or supervision of Eden and approved by Eden for sale under the Eden Trademark;

    c.  committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control, or supervision of Eden, or are sponsored by, approved by, or otherwise connected with Eden; and

    d.  manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Eden, nor authorized by Eden to be sold or offered

for sale, and which bear any of Eden's trademarks, including the Eden Trademark, or any reproductions, counterfeit copies or colorable imitations.

2. The domain name registries for the Defendant Domain Names, including, but not limited to, VeriSign, Inc., Neustar, Inc., Afilias Limited, CentralNic, Nominet, and the Public Interest Registry, and the domain name registrars, including, but not limited to, GoDaddy Operating Company LLC, Name.com, PDR LTD. d/b/a/ PublicDomainRegistry.com, and Namecheap Inc., within seven (7) calendar days of receipt of this Order, shall, at Eden's choosing:

   a. transfer the Defendant Domain Names to Eden's control, including unlocking and changing the registrar of record for the Defendant Domain Names to a registrar of Eden's selection, and the domain name registrars shall take any steps necessary to transfer the Defendant Domain Names to a registrar of Eden's selection; or

   b. disable the Defendant Domain Names and make them inactive and untransferable.

3. Defaulting Defendants and any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of the Defaulting Defendants' Online Marketplaces, including, without limitation, any online marketplace platforms such as eBay, Inc., AliExpress, Alibaba Group Holding Ltd. ("Alibaba"), Amazon.com, ContextLogic, Inc. d/b/a Wish.com ("Wish.com"), Walmart, Inc., Shopify, Inc., and Dhgate (collectively, the "Third Party Providers"), shall within seven (7) calendar days of receipt of this Order cease:

   a. using, linking to, transferring, selling, exercising control over, or otherwise owning the Online Marketplace Accounts, or any other online marketplace account

that is being used to sell or is the means by which Defaulting Defendants could continue to sell counterfeit and infringing goods using the Eden Trademark; and

b. operating and/or hosting websites that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing the Eden Trademark or any reproductions, counterfeit copies or colorable imitations thereof that is not a genuine Eden product or not authorized by Eden to be sold in connection with the Eden Trademark.

4. Upon Eden's request, those with notice of this Order, including the Third Party Providers as defined in Paragraph 4, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of counterfeit and infringing goods using the Eden Trademark.

5. Pursuant to 15 U.S.C. § 1117(c)(2), Eden is awarded statutory damages from each of the Defaulting Defendants in the amount of $250,000 for willful use of counterfeit Eden Trademarks on products sold through at least the Defendant Internet Stores. This award shall apply to each distinct Defaulting Defendant only once, even if they are listed under multiple different aliases in the Complaint and Schedule A.

6. Any Third Party Providers holding funds for Defaulting Defendants, including PayPal, Inc. ("PayPal"), Alipay, Alibaba, Wish.com, Walmart Inc., Ant Financial Services Group ("Ant Financial"), and Amazon Pay, shall, within seven (7) calendar days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants or the Defendant Internet Stores from transferring or disposing of any funds (up to the statutory damages awarded in Paragraph 6 above) or other of Defaulting Defendants' assets.

7.      All monies (up to the amount of the statutory damages awarded in Paragraph 5 above) currently restrained in Defaulting Defendants' financial accounts, including monies held by Third Party Providers such as PayPal, Alipay, Alibaba, Wish.com, Walmart Inc., Ant Financial, and Amazon Pay, are hereby released to Eden as partial payment of the above-identified damages, and Third Party Providers, including PayPal, Alipay, Alibaba, Wish.com, Ant Financial, and Amazon Pay, are ordered to release to Eden the amounts from Defaulting Defendants' financial accounts within fourteen (14) calendar days of receipt of this Order.

8.      If all monies currently restrained in Defaulting Defendants' financial accounts, including monies held by Third Party Providers such as PayPal, Alipay, Alibaba, Wish.com, Walmart Inc., Ant Financial, and Amazon Pay, do no satisfy the entire above-identified damages, such accounts shall remain restrained and any additional monies received into those accounts in the future shall continuously be released to Eden as partial payment of the above-identified damages and Third Party Providers, including PayPal, Alipay, Alibaba, Wish.com, Walmart Inc., Ant Financial, and Amazon Pay, are ordered to continue to release those monies to Eden until the entire above-identified damages amount has been satisfied. Although the financial accounts shall remain restrained, nothing herein shall restrict the Defaulting Defendants from operating the associated Online Marketplace Accounts to sell products unrelated to Eden, or bearing the Eden Trademark.

9.      Until Eden has recovered full payment of monies owed to it by any Defaulting Defendant, Eden shall have the ongoing authority to commence supplemental proceedings under Federal Rule of Civil Procedure 69.

10.    In the event that Eden identifies any additional online marketplace accounts or financial accounts owned by Defaulting Defendants, Eden may send notice of any supplemental proceeding, including a citation to discover assets, to Defaulting Defendants by e-mail at the e-mail addresses provided for Defaulting Defendants by third parties.

This is a Default Judgment.

**Dated:** October 17, 2022

_Mary M Rowland_
_____
Judge Mary M. Rowland
United States District Judge

**Schedule A**

| Def. No. | Marketplace | Merchant Name | Product ID |
|---|---|---|---|
| 1 | Alibaba | Yiwu Aibin E-Commerce Firm | 1700006562369 |
| | | | |
| 4 | Alibaba | Huizhou Bedowon Trading Co., Ltd. | 62299812579 |
| 4 | Alibaba | Huizhou Bedowon Trading Co., Ltd. | 62017808158 |
| 5 | Alibaba | Hunan Luca Import And Export Co., Ltd. | 1600332232181 |
| 5 | Alibaba | Hunan Luca Import And Export Co., Ltd. | 1600154038830 |
| 6 | Alibaba | Hefei Jubang Home Furnishings Co., Ltd. | 60627516296 |
| 7 | Alibaba | Yangzhou Lanniao Sports Equipment Co., Ltd. | 1600320820852 |
| 8 | Alibaba | Dongguan Puning Silicone Technology Co., Ltd. | 62146647157 |
| 9 | Alibaba | Shenzhen Daywons Technology Co., Limited | 60627995337 |
| 9 | Alibaba | Shenzhen Daywons Technology Co., Limited | 62300076057 |
| 10 | Alibaba | Henan Geesion Medical Devices Co., Ltd. | 60820649399 |
| 10 | Alibaba | Henan Geesion Medical Devices Co., Ltd. | 60753949427 |
| 10 | Alibaba | Henan Geesion Medical Devices Co., Ltd. | 1600390718981 |
| 10 | Alibaba | Henan Geesion Medical Devices Co., Ltd. | 60752843136 |
| 11 | Alibaba | Shenzhen GMSN Technology Co., Ltd. | 60811840592 |
| 12 | Alibaba | Henan Geesion Medical Devices Co., Ltd. | 1953342257 |
| 12 | Alibaba | Henan Geesion Medical Devices Co., Ltd. | 62015170120 |
| 12 | Alibaba | Henan Geesion Medical Devices Co., Ltd. | 60217553210 |
| 12 | Alibaba | Henan Geesion Medical Devices Co., Ltd. | 60709632597 |
| 12 | Alibaba | Henan Geesion Medical Devices Co., Ltd. | 60218468201 |
| 12 | Alibaba | Henan Geesion Medical Devices Co., Ltd. | 60803484942 |
| 13 | Alibaba | Hengshui Jieling Technology Co., Ltd. | 1600370442257 |
| 13 | Alibaba | Hengshui Jieling Technology Co., Ltd. | 1600368555561 |
| 13 | Alibaba | Hengshui Jieling Technology Co., Ltd. | 1600369726846 |
| 13 | Alibaba | Hengshui Jieling Technology Co., Ltd. | 1600369769455 |
| 14 | Alibaba | Hebi Tianchi Trading Company Ltd. | 62368620536 |

| 15 | Alibaba | Ruian Hengyuan Electronic Co., Ltd. | 1600175668410 |
| 15 | Alibaba | Ruian Hengyuan Electronic Co., Ltd. | 1600175664546 |
| 15 | Alibaba | Ruian Hengyuan Electronic Co., Ltd. | 1600287830534 |
| 16 | Alibaba | Henan Xinyongtai Medical Technology Co., Ltd. | 1600172743255 |
| 16 | Alibaba | Henan Xinyongtai Medical Technology Co., Ltd. | 60783268716 |
| 16 | Alibaba | Henan Xinyongtai Medical Technology Co., Ltd. | 1600172648880 |
| 17 | Alibaba | Wenzhou Holdapple Technology Co., Ltd. | 60344103882 |
| 18 | Alibaba | Yiwu Jiechen Pet Products Co., Ltd. | 1600279882938 |
| 19 | Alibaba | Guangzhou Linke International Trade Co., Ltd. | 1600061722951 |
| 19 | Alibaba | Guangzhou Linke International Trade Co., Ltd. | 62520398536 |
| | | | |
| 21 | Alibaba | Yiwu Qianlang Electronic Commerce Co., Ltd. | 1600221876546 |
| 21 | Alibaba | Yiwu Qianlang Electronic Commerce Co., Ltd. | 1600113809592 |
| 22 | Alibaba | Shenzhen Rechan Technology Co., Ltd. | 60654296860 |
| 22 | Alibaba | Shenzhen Rechan Technology Co., Ltd. | 60781040745 |
| 23 | Alibaba | Shanghai T-Win Intelligent Technology Co., | 1600192856106 |
| 24 | Alibaba | Zhejiang Shichi Hardware Manufacturing Co., Ltd. | 62511792227 |
| 25 | Alibaba | Simon Tech (Guangzhou) Co., Ltd. | 1600136465686 |
| 26 | Alibaba | Shenzhen S-Lord Electronic Co., Ltd. | 60808911290 |
| 26 | Alibaba | Shenzhen S-Lord Electronic Co., Ltd. | 60777534520 |
| 26 | Alibaba | Shenzhen S-Lord Electronic Co., Ltd. | 60822374537 |
| 26 | Alibaba | Shenzhen S-Lord Electronic Co., Ltd. | 62089824727 |
| 27 | Alibaba | Xiamen Situ Crafts Co., Ltd. | 62507256691 |
| 27 | Alibaba | Xiamen Situ Crafts Co., Ltd. | 62405277858 |
| 27 | Alibaba | Xiamen Situ Crafts Co., Ltd. | 1600171384218 |
| 28 | Alibaba | Shenzhen Sunxiangbao Electronic Co., Ltd. | 1600065696354 |
| 29 | Alibaba | Shenzhen Arrebol Technology Co., Ltd. | 62314049123 |
| 30 | Alibaba | Suzhou Haody Medical Products Co., Ltd. | 1600247934860 |
| 31 | Alibaba | Xiamen Wisetop Crafts Co., Ltd. | 60563274707 |
| 32 | Alibaba | Xiamen Comfortlife Electronics Co., Ltd. | 1600162572151 |
| 32 | Alibaba | Xiamen Comfortlife Electronics Co., Ltd. | 62389840929 |
| 32 | Alibaba | Xiamen Comfortlife Electronics Co., Ltd. | 60755817239 |
| 32 | Alibaba | Xiamen Comfortlife Electronics Co., Ltd. | 62265367833 |
| 32 | Alibaba | Xiamen Comfortlife Electronics Co., Ltd. | 62266852815 |
| 32 | Alibaba | Xiamen Comfortlife Electronics Co., Ltd. | 1600230721310 |
| 32 | Alibaba | Xiamen Comfortlife Electronics Co., Ltd. | 60755139822 |
| 32 | Alibaba | Xiamen Comfortlife Electronics Co., Ltd. | 1600160818166 |

| 32 | Alibaba | Xiamen Comfortlife Electronics Co., Ltd. | 60755146284 |
|----|---------|------------------------------------------|-------------|
| 32 | Alibaba | Xiamen Comfortlife Electronics Co., Ltd. | 62500788100 |
| 32 | Alibaba | Xiamen Comfortlife Electronics Co., Ltd. | 62484040905 |
| 32 | Alibaba | Xiamen Comfortlife Electronics Co., Ltd. | 62496319983 |
| 32 | Alibaba | Xiamen Comfortlife Electronics Co., Ltd. | 1600161206396 |
| 32 | Alibaba | Xiamen Comfortlife Electronics Co., Ltd. | 62511233267 |
| 32 | Alibaba | Xiamen Comfortlife Electronics Co., Ltd. | 62065296738 |
| 32 | Alibaba | Xiamen Comfortlife Electronics Co., Ltd. | 62496672335 |
| 32 | Alibaba | Xiamen Comfortlife Electronics Co., Ltd. | 1600295690583 |
| 32 | Alibaba | Xiamen Comfortlife Electronics Co., Ltd. | 62417611950 |
| 32 | Alibaba | Xiamen Comfortlife Electronics Co., Ltd. | 62419286511 |
| 32 | Alibaba | Xiamen Comfortlife Electronics Co., Ltd. | 1600300471487 |
| 32 | Alibaba | Xiamen Comfortlife Electronics Co., Ltd. | 62421595977 |
| 32 | Alibaba | Xiamen Comfortlife Electronics Co., Ltd. | 62166916804 |
| 32 | Alibaba | Xiamen Comfortlife Electronics Co., Ltd. | 60790335644 |
| 32 | Alibaba | Xiamen Comfortlife Electronics Co., Ltd. | 62478900035 |
| 32 | Alibaba | Xiamen Comfortlife Electronics Co., Ltd. | 60790227997 |
| 33 | Alibaba | Xiamen Eshun Industrial Co., Ltd. | 62043213762 |
| 33 | Alibaba | Xiamen Eshun Industrial Co., Ltd. | 62064916934 |
| 34 | Alibaba | Xiamen Yizhou Imp. & Exp. Co., Ltd. | 62013262241 |
| 34 | Alibaba | Xiamen Yizhou Imp. & Exp. Co., Ltd. | 62015601895 |
| 34 | Alibaba | Xiamen Yizhou Imp. & Exp. Co., Ltd. | 62013907445 |
| 35 | Alibaba | Huizhou Yibish Technology Co., Ltd. | 60547563622 |
| 35 | Alibaba | Huizhou Yibish Technology Co., Ltd. | 62545599086 |
| 35 | Alibaba | Huizhou Yibish Technology Co., Ltd. | 62087983670 |
| 35 | Alibaba | Huizhou Yibish Technology Co., Ltd. | 60499435164 |
| 35 | Alibaba | Huizhou Yibish Technology Co., Ltd. | 60622267373 |
| 36 | Alibaba | Yiwu Jiaze E-Commerce Firm | 60851173604 |
| 37 | Alibaba | Zhejiang Kangnailai Technology Co., Ltd. | 1600153843120 |
| 38 | Aliexpress | GOIDENCARE MEDICAL TECHNOLOGY CO.,LTD | 1949421397 |
| 39 | Aliexpress | Afashion Beauty | 32718016950 |
| 40 | Aliexpress | Ai Healthy Life Store | 4000219971513 |
| 41 | Aliexpress | Ali-Lillian HB Store | 1005003309356892 |
| 42 | Aliexpress | bestnewplan | 4001006972653 |
| 42 | Aliexpress | bestnewplan | 1005003626624174 |
| 43 | Aliexpress | Shop1314086 Store | 32357076074 |
| 44 | Aliexpress | Prettys Women Store | 32985325098 |
| 44 | Aliexpress | Prettys Women Store | 32957798554 |
| 45 | Aliexpress | Islandshop Store | 1005002703783253 |
| 46 | Aliexpress | B2C Shop 88 Store | 1005003288759663 |
| 47 | Aliexpress | 33445920 Store | 32947833914 |
| 48 | Aliexpress | Sunny Chou Commercial Store | 1005001354375888 |
| 49 | Aliexpress | Beauty Health Expert | 4000237000471 |
| 50 | Aliexpress | DKSHETOY Official Store | 1005003194132524 |
| 50 | Aliexpress | DKSHETOY Official Store | 1005003193647717 |

| 51 | Aliexpress | All Buy Store | 32915298531 |
|---|---|---|---|
| 51 | Aliexpress | All Buy Store | 1005003323607022 |
| 52 | Aliexpress | PIMI Store | 32827440625 |
| 53 | Aliexpress | Goit Store | 4000070594867 |
| 54 | Aliexpress | Ali-JETTING SEX Co. Store | 32988595113 |
| 55 | Aliexpress | Ali Jetting Makeup Store | 32919041907 |
| 56 | Aliexpress | MERALL Store | 1005003643502081 |
| 57 | Aliexpress | Dedream 24-7 Store | 1005003197969401 |
| 58 | Aliexpress | 001 Beautiful Woman Store | 32818562780 |
| 59 | Aliexpress | 95599 Store | 1005001462448488 |
| 59 | Aliexpress | 95599 Store | 32955373097 |
| 60 | Aliexpress | Beautiful hut Store | 4000601666190 |
| | | | |
| 62 | Aliexpress | 1847 Blues Store | 1005001495263726 |
| 63 | Aliexpress | Trendy Glasses Store | 1005001902648680 |
| | | | |
| 65 | Aliexpress | BBetter You Store | 1005003035683423 |
| 66 | Aliexpress | ChasingBeauty Store | 1005003504830284 |
| 67 | Aliexpress | Sweety Girl Store | 1005002631559921 |
| 67 | Aliexpress | Sweety Girl Store | 1005003606212711 |
| 67 | Aliexpress | Sweety Girl Store | 1005003606240342 |
| 68 | Aliexpress | YOVIP Store | 1005001653064600 |
| 68 | Aliexpress | YOVIP Store | 1005003324212060 |
| 69 | Aliexpress | JCSYFAC Makeup Store | 1005003323623751 |
| 70 | Aliexpress | JOCESTYLE Official Store | 4000418568651 |
| 71 | Aliexpress | Hiveseen Official Store | 33013851077 |
| 71 | Aliexpress | Hiveseen Official Store | 1005003430426078 |
| 71 | Aliexpress | Hiveseen Official Store | 4000837042912 |
| 72 | Aliexpress | Shop3885016 Store | 1005003140328934 |
| 73 | Aliexpress | Healthy-Sk Store | 1005003310715309 |
| 74 | Aliexpress | KuZHEN Maku Up Store | 32954712177 |
| 74 | Aliexpress | KuZHEN Maku Up Store | 1005003438516048 |
| 74 | Aliexpress | KuZHEN Maku Up Store | 1005002460804778 |
| 74 | Aliexpress | KuZHEN Maku Up Store | 32918756860 |
| 74 | Aliexpress | KuZHEN Maku Up Store | 4000129243846 |
| 75 | Aliexpress | Shop4224009 Store | 4000639875461 |
| 76 | Aliexpress | Ali-Beauty2018 Store | 1005003324413776 |
| 77 | Aliexpress | PandaHealthy Store | 1005002059978668 |
| 78 | Aliexpress | Shop4426070 Store | 1005001721974338 |
| 79 | Aliexpress | Chinese Plaster Store | 1005001952874820 |
| 80 | Aliexpress | Kayla Wellbeing Store | 4001080269386 |
| 80 | Aliexpress | Kayla Wellbeing Store | 1005001381247667 |
| 81 | Aliexpress | UOYOTT Life Store | 1005003026652002 |
| 82 | Aliexpress | Healthy Dropshipping Store | 1005002399982446 |
| 83 | Aliexpress | OLIECO Official Store | 4000174360978 |
| 84 | Aliexpress | UOYOTT Aliexpress Store | 4000026885438 |

| 85 | Aliexpress | House Warm Decoration Store | 4000765626287 |
|---|---|---|---|
| 86 | Aliexpress | E-Women Store | 4000669982232 |
| 87 | Aliexpress | Fanci Hea1th Store | 32976127740 |
| 88 | Aliexpress | Fanci baeuty Store | 1005003630848139 |
| 89 | Aliexpress | PLAYFUN SPAORTS Store | 4001003300862 |
| 90 | Aliexpress | DF House Store | 4000202464764 |
| 91 | Aliexpress | Homes improvement Store | 4001032169922 |
| 92 | Aliexpress | Fruit Sweets Store | 1005003647463121 |
| 93 | Aliexpress | Personal Healthy Life Store | 4001192904485 |
| 94 | Aliexpress | B H X Store | 4000379084437 |
| 95 | Aliexpress | Llewellyn's Ali Store | 4001230434427 |
| 96 | Aliexpress | hi ~For You Store | 1005001566299431 |
| 96 | Aliexpress | hi ~For You Store | 1005003629933760 |
| 97 | Aliexpress | Shop5495028 Store | 1005003640188859 |
| 98 | Aliexpress | New Year Makeups Store | 1005003426655282 |
| 99 | Aliexpress | MAKEUP229 Store | 1005001954139758 |
| 100 | Aliexpress | Kim Mask Store | 1005002317983994 |
| 101 | Aliexpress | Halibare Store | 4001125745153 |
| 102 | Aliexpress | CareYou Store | 4001285454671 |
| 103 | Aliexpress | Allseason E-medical Store | 4001358062560 |
| 103 | Aliexpress | Allseason E-medical Store | 1005002057900544 |
| 104 | Aliexpress | Shop5720122 Store | 1005002510906941 |
| 104 | Aliexpress | Shop5720122 Store | 1005003161237565 |
| 105 | Aliexpress | FuLi Healthey Store | 4001095989294 |
| 106 | Aliexpress | Cinny Healthy Store | 10000346506032 |
| 107 | Aliexpress | Ibeautify Dropship Store | 1005001933327206 |
| 108 | Aliexpress | Amy's Massage Therapy Store | 1005003636772939 |
| 109 | Aliexpress | CIFbuy Medicine Store | 4000970743109 |
| 110 | Aliexpress | Wake-up Beautiful Store | 4001179935908 |
| 111 | Aliexpress | Fancy-Beauty Store | 1005003071130154 |
| 112 | Aliexpress | Health-Pamper Store | 1005003483180042 |
| 113 | Aliexpress | Mycc Sexy Store | 1005002239936920 |
| 114 | Aliexpress | Shop5882792 Store | 1005001452777975 |
| 114 | Aliexpress | Shop5882792 Store | 1005001302285775 |
| 115 | Aliexpress | Pampering Life Store | 1005001737382079 |
| 116 | Aliexpress | Shop900239144 Store | 1005001900711127 |
| 116 | Aliexpress | Shop900239144 Store | 1005001927622895 |
| 117 | Aliexpress | Health-beauty Store | 1005002796115033 |
| 117 | Aliexpress | Health-beauty Store | 1005001268762754 |
| 118 | Aliexpress | MOJ Makeup Store | 1005003372164315 |
| 119 | Aliexpress | January-8th Store | 1005001678416781 |
| 120 | Aliexpress | Shop910363209 Store | 1005003333389247 |
| 121 | Aliexpress | Win1990 Store | 1005001957562723 |
| 121 | Aliexpress | Win1990 Store | 1005001720727440 |
| 122 | Aliexpress | Happy-beauty-Life Store | 1005003071244386 |
| 122 | Aliexpress | Happy-beauty-Life Store | 1005003095015613 |

| 123 | Aliexpress | SexyLover Store | 1005001882512660 |
|---|---|---|---|
| | | | |
| 125 | Aliexpress | Sexy And Healthy Store | 1005002176852181 |
| 126 | Aliexpress | Shop911461050 Store | 1005002663986090 |
| 127 | Aliexpress | WUWU Store | 1005003583327483 |
| 128 | Aliexpress | IOIO Store | 1005003649212681 |
| 129 | Aliexpress | Beauty-Girls Store | 1005003140892771 |
| 130 | Aliexpress | Lunar Makeup Garden Dropship Store | 1005003141990645 |
| 131 | Aliexpress | Makeup mm girl Store | 1005002327014722 |
| 132 | Aliexpress | YUNGLR healthy Store | 1005002481910032 |
| 133 | Aliexpress | BeautyBelongs To You Store | 1005003564357712 |
| 134 | Aliexpress | Mmakeup Dropship Store | 1005003527707440 |
| 134 | Aliexpress | Mmakeup Dropship Store | 1005002995014972 |
| 135 | Aliexpress | HealthLove Store | 1005002506368606 |
| 135 | Aliexpress | HealthLove Store | 1005002495102663 |
| 136 | Aliexpress | Xiaomi-Beauty Store | 1005003141190704 |
| 137 | Aliexpress | Ouchhappy Store | 1005002753974825 |
| 138 | Aliexpress | China Factory Direct Collected Store | 1005003035861742 |
| 138 | Aliexpress | China Factory Direct Collected Store | 1005003138922331 |
| 139 | Aliexpress | GoodBeauty Store | 1005003596638500 |
| 140 | Aliexpress | Professional In Stock Makeup Store | 1005003193020813 |
| 141 | Aliexpress | Healthier Tomorrow Store | 1005003650082469 |
| 142 | Aliexpress | OURR Store | 1005003505688350 |
| 143 | Aliexpress | LALABO Store | 1005003192286304 |
| 144 | Aliexpress | Goddess care Store | 1005003012530129 |
| 145 | Aliexpress | Touu Store | 1005003620329380 |
| 145 | Aliexpress | Touu Store | 1005003647083969 |
| 146 | Aliexpress | Healthy 111 Store | 1005003048718213 |
| 147 | Aliexpress | TINKBLUR Officia Store | 1005003095508764 |
| 148 | Aliexpress | hui make up day day day Store | 1005003245929789 |
| 149 | Aliexpress | OOOOOK Store | 1005003643871967 |
| 150 | Aliexpress | white sister Store | 1005003339048337 |
| 151 | Aliexpress | OuchHappy life Store | 1005003304385542 |
| 152 | Aliexpress | So-Beautiful Store | 1005003594869645 |
| 152 | Aliexpress | So-Beautiful Store | 1005003595052257 |
| 153 | Aliexpress | Rescue unhappy Store | 1005003472936445 |
| 153 | Aliexpress | Rescue unhappy Store | 1005003472922577 |
| 154 | Aliexpress | Yel814 Store | 1005003654861985 |
| 154 | Aliexpress | Yel814 Store | 1005003632706867 |
| 154 | Aliexpress | Yel814 Store | 1005003654933548 |
| | | | |
| 156 | Amazon | binbongaetanno | B08Q3NV24G |
| 157 | Amazon | Jadebell | B09J8HMM5Y |
| 158 | Amazon | NewOneTeam | B09JK5HC3B |
| 159 | Amazon | cferstore | B093H46MRM |

| | | | |
|---|---|---|---|
| 162 | Amazon | XylShop | B09MN13GQ7 |
| 164 | Amazon | Shopastore | B08BWLH4LB |
| 165 | Amazon | KEOC SELLER | B082XYZ6QC |
| 167 | Amazon | Lyplus store | B09HX2KPGS |
| 168 | Amazon | USGOD | B09MM4CH5C |
| 168 | Amazon | USGOD | B09MM4193Q |
| 169 | Amazon | QtendUS | B097TVBFVL |
| 169 | Amazon | QtendUS | B097TS7QG1 |
| 174 | Amazon | GRANYUM | B082LSSBYF |
| 180 | Amazon | XmnDaue | B0982ZHSB9 |
| 180 | Amazon | XmnDaue | B09MS56VGL |
| 180 | Amazon | XmnDaue | B07ZRHS5V5 |
| 181 | Amazon | clothabc | B08W2DQT28 |
| 181 | Amazon | clothabc | B08VRVSL57 |
| 181 | Amazon | clothabc | B08W2C6ZCB |
| 181 | Amazon | clothabc | B098XK3WV3 |
| 181 | Amazon | clothabc | B098XHTZ9L |
| 182 | Amazon | EcoBel | B085HY8BZ3 |
| 183 | Amazon | yuanrongUS | B06ZY4D7C9 |
| 185 | Amazon | USmartwatch | B098JVC4H1 |
| 186 | Amazon | ROWiNSS Group | B08LNZYSV6 |
| 187 | Amazon | GYPUS | B083FW3PVK |
| 188 | Amazon | Xiaomei Storeus | B08L9WTM9B |
| 189 | Amazon | foshanshiqijuyouxiangongsi | B08M45N2SH |
| 190 | Amazon | chengduchaozhinengdianzishangwuyouxian gongsi | B07T9N2FD9 |
| 191 | Amazon | Mkictory | B09DT1WJ8L |
| 192 | Amazon | 江北新区蕴雨悦百货店("Jiangbei New District Yunyuyue Department Store (Doe 192)") | B07DMJTNPN |
| 193 | Amazon | TOPFFY Health Direct | B09JLT5WB8 |

| | | | |
|---|---|---|---|
| 200 | Amazon | LK--US | B092LC2QGP |
| 201 | Amazon | Guffo US | B09GYF1SQ5 |
| 202 | Amazon | Winbor | B09GF9XQCB |
| 203 | Amazon | SFWX STORE | B09H6W736Y |
| 205 | Amazon | JED Finesdear | B075ZKX4JZ |
| 206 | Amazon | OPSHJUZ | B09JSZ16JQ |
| 209 | Amazon | Chlier | B09K5QKVD1 |
| 212 | Amazon | ANIOT | B091Y7B4X9 |
| 213 | Amazon | Quiero Esa Vaina | B09H4XRQ6P |
| 215 | Amazon | Fulegy USA | B087C4SZHX |
| 218 | Amazon | S-tash | B092W3FZRV |
| 219 | Amazon | Hcandy-US | B08CH37LRD |
| 220 | Amazon | Neighor | B0936JF3YK |
| 222 | Amazon | 福神3 ("Fukujin 3 (Doe 222)") | B09MZ79NL4 |
| 224 | Amazon | Uandear | B09CPXQ8MB |
| 228 | Amazon | Brand Accelerator--GT | B09JK711ZH |
| 228 | Amazon | Brand Accelerator--GT | B092HSSBY6 |
| 229 | Amazon | UNHULU_Official | B08JGQGQS1 |
| 230 | Amazon | korui | B08YJB29WZ |
| 232 | Amazon | H Eco-Friendly | B09JFR4JNY |

| 236 | Amazon | Abner Chapman | B09FNVMYX7 |
| 237 | Amazon | fengxiaoqin | B09JZVTL8R |
| | | | |
| 242 | DHgate | lilachina Store | 392955071 |
| 242 | DHgate | lilachina Store | 392955287 |
| 243 | DHgate | Eyeswell technology co.,ltd Store | 519675464 |
| 244 | DHgate | misszhouxl Store | 449164909 |
| 245 | DHgate | S-Teck Store | 398180422 |
| 246 | DHgate | Santi Sora Corporation | 405972752 |
| 247 | DHgate | Comincan official Store | 404955384 |
| 248 | DHgate | monalisa2013 Store | 413751130 |
| 248 | DHgate | monalisa2013 Store | 413435754 |
| 248 | DHgate | monalisa2013 Store | 413440142 |
| 249 | DHgate | meidy Store | 413440308 |
| 250 | DHgate | Makeup brushes Store | 519300857 |
| 250 | DHgate | Makeup brushes Store | 405046364 |
| 250 | DHgate | Makeup brushes Store | 415384552 |
| 251 | DHgate | fz916745 Store | 404364908 |
| 252 | DHgate | la_chance Store | 439800011 |
| 252 | DHgate | la_chance Store | 439799101 |
| 253 | DHgate | cocotu Store | 414694353 |
| 254 | DHgate | blueberry05 Store | 715519350 |
| 255 | DHgate | grega Store | 628491308 |
| 256 | DHgate | DHgate Recommended Store Store | 639908423 |
| 257 | DHgate | Lenkii | 432728223 |
| 258 | DHgate | dhgate_smile Store | 442747085 |
| 258 | DHgate | dhgate_smile Store | 442746949 |
| 259 | DHgate | hnwindy Store | 397063815 |
| 259 | DHgate | hnwindy Store | 397064007 |
| 260 | DHgate | busyshiping Store | 649863979 |
| 260 | DHgate | busyshiping Store | 649700121 |
| 260 | DHgate | busyshiping Store | 649751710 |
| 261 | DHgate | Jamesok | 423802578 |
| 262 | DHgate | newsilkroad58 Store | 454146223 |
| 262 | DHgate | newsilkroad58 Store | 410753780 |
| 263 | DHgate | beauty_rose Store | 411220261 |
| 263 | DHgate | beauty_rose Store | 411220326 |
| 264 | DHgate | fashion_show2017 Store | 404615823 |
| 264 | DHgate | fashion_show2017 Store | 429681512 |

| 265 | DHgate | eve2018 Store | 478413350 |
|---|---|---|---|
| 266 | DHgate | goodgoods2018 Store | 470827527 |
| 267 | DHgate | besgo homedecor Store | 554372652 |
| 268 | DHgate | amazonlife Store | 620226715 |
| 269 | DHgate | sd007 Store | 651208845 |
| 270 | DHgate | lysw388 Store | 462972424 |
| 271 | DHgate | ifree19 Store | 523573781 |
| 272 | DHgate | ytlighting Store | 563527643 |
| 272 | DHgate | ytlighting Store | 478402869 |
| 272 | DHgate | ytlighting Store | 704604487 |
| 273 | DHgate | toptrimmer Store | 728428378 |
| 273 | DHgate | toptrimmer Store | 728718851 |
| 274 | DHgate | Homesale2021 | 747324898 |
| 275 | DHgate | Rosedior Store | 620225783 |
| 276 | DHgate | omn006 Store | 651131622 |
| 277 | DHgate | omn007 Store | 651131831 |
| 278 | DHgate | Mx_home | 634468962 |
| 279 | DHgate | lotwholesaler Store | 699487648 |
| 280 | DHgate | Besgogogo | 597495811 |
| 281 | DHgate | home2006 Store | 634337572 |
| 282 | DHgate | eatout Store | 633908321 |
| 283 | DHgate | sinabag Store | 634899977 |
| 284 | DHgate | choeysen111 Store | 624702689 |
| 285 | DHgate | shaking_vape Store | 655787123 |
| 286 | DHgate | Seradyse | 705479531 |
| 287 | DHgate | lightheartedly Store | 719037655 |
| 288 | DHgate | million_store Store | 728870192 |
| 289 | DHgate | freshbreeze Store | 741772099 |
| 290 | DHgate | beautifuleyes1 Store | 741134727 |
| 291 | eBay | 140861 | 143260184540 |
| 292 | eBay | 13-bazaar | 284155800068 |
| 292 | eBay | 13-bazaar | 284139525636 |
| 294 | eBay | 21st_security | 123335678291 |
| 295 | eBay | 3techmall | 133939068452 |
| 296 | eBay | admystore | 384260913907 |
| 298 | eBay | aivarsitems | 393308500488 |
| 300 | eBay | aktd555 | 403392047053 |
| 300 | eBay | aktd555 | 403331019145 |
| 302 | eBay | allinonestor | 194567145816 |
| 303 | eBay | angelfashionltd | 174047415913 |
| 304 | eBay | anlov-88 | 384299844708 |

| 307 | eBay | au_mart | 363661082733 |
|---|---|---|---|
| 308 | eBay | au-buy | 173832814090 |
| 308 | eBay | au-buy | 173832803758 |
| 314 | eBay | beauty_clubs | 194194859423 |
| 315 | eBay | bescase | 164987353350 |
| 316 | eBay | besteffie-852 | 353756462910 |
| 318 | eBay | bestt-2022 | 115192848733 |
| 331 | eBay | cherrybuyly | 393330607513 |
| 332 | eBay | cloudtech1 | 362683733550 |
| 332 | eBay | cloudtech1 | 362694056875 |
| 335 | eBay | coobuy | 143966875823 |
| 336 | eBay | cool-world-569 | 304277331959 |
| 337 | eBay | cuzongyi0 | 265168393678 |
| 339 | eBay | dachtek | 313544475893 |
| 339 | eBay | dachtek | 313656996810 |
| 340 | eBay | dazzlegamese | 174871378564 |

| 344 | eBay | dentaldeals22 | 353828566051 |
|---|---|---|---|
| 348 | eBay | duoduo021 | 284560063610 |
| 349 | eBay | e-sell_online_store | 313166622344 |
| 351 | eBay | easylivingus | 113977641131 |
| 352 | eBay | elec-master | 384427843519 |
| 355 | eBay | ermaoren26 | 393651774680 |
| 358 | eBay | fancyboutique_96 | 353792342157 |
| 359 | eBay | fashion-club | 154594555451 |
| 361 | eBay | fecobba | 353656138717 |
| 364 | eBay | foreverway | 143365413957 |
| 365 | eBay | gas1338 | 353676087036 |
| 367 | eBay | gionatan-shop | 313556169541 |
| 369 | eBay | good-jewelry8 | 392544458877 |
| 369 | eBay | good-jewelry8 | 313805466018 |
| 369 | eBay | good-jewelry8 | 144343265056 |

| 375 | eBay | greenhouseholdmarket2017 | 224372113856 |
|---|---|---|---|
| 377 | eBay | hamado-de | 174119410167 |
| 380 | eBay | harmony038 | 313786244884 |
| 385 | eBay | ibeautyshop4uu | 313688217484 |
| 386 | eBay | icbuynewgift4 | 144257929446 |
| 387 | eBay | ifxue9 | 393327921195 |
| 388 | eBay | infinitive_imports | 263387884745 |
| 389 | eBay | ingsharm3 | 224027004634 |
| 392 | eBay | ip-camera-88 | 401580928190 |
| 392 | eBay | ip-camera-88 | 401581342679 |
| 394 | eBay | jemscat | 304015867858 |
| 395 | eBay | jhu8-356 | 175042401361 |
| 398 | eBay | johnblackstyle | 353798804436 |
| 399 | eBay | kahhen | 313593418592 |
| 400 | eBay | kaidi55 | 265423648700 |
| 401 | eBay | kesamara-20 | 384324024621 |
| 401 | eBay | kesamara-20 | 384232332979 |
| 402 | eBay | kevin920406 | 175069564064 |

| 405 | eBay | lecwiss | 174984499248 |
|---|---|---|---|
| 408 | eBay | linasstore77 | 383936175068 |
| 409 | eBay | linli-6163 | 124956448043 |
| 410 | eBay | linuras1 | 353854751955 |
| 411 | eBay | ll_long | 313576444041 |
| 411 | eBay | ll_long | 313582976308 |
| 414 | eBay | lovebaba78 | 333993382046 |
| 415 | eBay | makeup365 | 323629694331 |
| 415 | eBay | makeup365 | 323392246148 |
| 415 | eBay | makeup365 | 323392234161 |
| 417 | eBay | marsch_797 | 373844101103 |
| 420 | eBay | megastore-by | 324918141563 |
| 424 | eBay | mkygloble | 143868802273 |
| 425 | eBay | mobile-fix | 324989973662 |
| 425 | eBay | mobile-fix | 324810981454 |
| 426 | eBay | mobilerange | 263729517709 |
| 426 | eBay | mobilerange | 263747048711 |
| 426 | eBay | mobilerange | 263729517709 |
| 428 | eBay | moonlight_dreamer365 | 174790444295 |
| 428 | eBay | moonlight_dreamer365 | 174795613423 |
| 429 | eBay | moshyjeep | 313620510632 |
| 431 | eBay | mtrxmtrx | 164827082871 |
| 431 | eBay | mtrxmtrx | 164829776857 |
| 432 | eBay | new2018cctv | 323395482226 |
| 433 | eBay | newage_store | 164903403950 |
| 434 | eBay | newagecompany | 224618612366 |
| 435 | eBay | newchance36599 | 324798522771 |
| 437 | eBay | nimzz_98 | 373708274787 |
| 438 | eBay | noveltytech24 | 313672691833 |
| 438 | eBay | noveltytech24 | 313550299271 |

| 439 | eBay | orange.dot | 165226616830 |
|---|---|---|---|
| | | | |
| 443 | eBay | pop.music20 | 125038785411 |
| 444 | eBay | popularization_usa_store | 274126273812 |
| | | | |
| 448 | eBay | quinnqui | 373696595479 |
| 449 | eBay | radhaswami_3 | 265237698659 |
| 450 | eBay | rainway87 | 265494792144 |
| 451 | eBay | ravlaks_74 | 353760525050 |
| | | | |
| 455 | eBay | ruby-redsky | 291487546432 |
| 456 | eBay | s_l_products | 284404621465 |
| 458 | eBay | self522 | 373761298554 |
| 458 | eBay | self522 | 373761298593 |
| 460 | eBay | shan2392 | 265433542910 |
| 463 | eBay | shopdazone_us | 203767865265 |
| | | | |
| 476 | eBay | st-elec | 265498660760 |
| 476 | eBay | st-elec | 265498644405 |
| 477 | eBay | sunny-findings | 384412017271 |
| 479 | eBay | sweet.goods93 | 403266225709 |

| 482 | eBay | teej-8100 | 353083584695 |
|---|---|---|---|
| 483 | eBay | tianxingxx | 185028898302 |
| 487 | eBay | travelaround9 | 274958022832 |
| 488 | eBay | tztn9_30 | 373805743058 |
| 488 | eBay | tztn9_30 | 373805766833 |
| 488 | eBay | tztn9_30 | 373805760473 |
| 488 | eBay | tztn9_30 | 373805780758 |
| 491 | eBay | uk-pepi | 193211770113 |
| 493 | eBay | ultimatekoreanproducts | 255263988117 |
| 494 | eBay | uniquegadgets786 | 174872576051 |
| 500 | eBay | visionpower16 | 254624664658 |
| 500 | eBay | visionpower16 | 253811981695 |
| 501 | eBay | watchband_emporium | 224009286109 |
| 503 | eBay | windows-7777 | 313782063731 |
| 503 | eBay | windows-7777 | 125037245643 |

| 509 | eBay | xixi_style | 294207388552 |
|-----|------|------------|--------------|
| 510 | eBay | yankey87 | 294340618865 |
| 515 | eBay | your_dreams1 | 125010777944 |
| 517 | eBay | yousee-c | 123810820449 |
| 519 | eBay | ytdazmarket | 313543589071 |
| 525 | eBay | zhongelesales | 353299091141 |
| 527 | Joom | Jerrial | 6100c7652350610178f770f8 |
| 528 | Joom | WalkerJerry | 610250eeed741601a10f9540 |
| 528 | Joom | WalkerJerry | 6100b2182350610178f37f84 |
| 529 | Joom | LifeMall | 60ffc2c22616e3017ba0ecb7 |
| 529 | Joom | LifeMall | 6100b25d2350610178f385e3 |
| 530 | Joom | China Mall | 6102508887b6c401f9c576b0 |
| 531 | Joom | zhijingmeizhuang | 5ed620f628fc710101795733 |

| | | | |
|---|---|---|---|
| 545 | Shopify | b-best4u | 4pcs-anti-snoring-device-silicone-magnetic-clipple-snore-stopper |
| 548 | Shopify | gearbybear | anti-snoring-devices-clear-8pk |
| 553 | Shopify | SleepDreamz | 778844012563 |
| 553 | Shopify | SleepDreamz | 14746553287 |
| 558 | Walmart | Shenzhen Ruimiaoqian Network Technology Co.,Ltd. | 568312878 |

| | | | |
|---|---|---|---|
| 580 | Walmart | Shenzhen Linglangxi Network Technology Co., Ltd. | 436858990 |
| 581 | Walmart | Qingtian Diaocheng Trading Co., Ltd. | 614250575 |
| 590 | Walmart | FTVOGUE | 299097248 |
| 590 | Walmart | FTVOGUE | 785315790 |
| 591 | Walmart | shenzhenshimeihuidawangluokejiyouxiangongsi | 129040440 |
| 593 | Walmart | DreamHouse | 707365902 |
| 594 | Walmart | Farfi | 947355186 |
| 596 | Walmart | Live Better | 667959730 |
| 596 | Walmart | Live Better | 432056872 |
| 596 | Walmart | Live Better | 307374409 |
| 596 | Walmart | Live Better | 288323243 |
| 598 | Walmart | Winner to Buy | 173701771 |
| 598 | Walmart | Winner to Buy | 803002460 |

| 598 | Walmart | Winner to Buy | 422990145 |
|---|---|---|---|
| 603 | Walmart | zhaomeidaxi | 411494101 |
| 609 | Walmart | ASE STORE | 962790128 |
| 609 | Walmart | ASE STORE | 615507201 |
| 612 | Walmart | Sunshine store Line | 999673526 |
| 612 | Walmart | Sunshine store Line | 824946444 |
| 614 | Walmart | AT-Home | 592242662 |
| 614 | Walmart | AT-Home | 983357807 |
| 614 | Walmart | AT-Home | 621051260 |

| 625 | Walmart | Hefeiyuanzhenshangmaoyouxiangongsi | 585759353 |
|-----|---------|-----------------------------------|-----------|
| 626 | Walmart | Dallas | 664440983 |
| 627 | Walmart | TYNLED | 350304197 |
| | | | |
| 629 | Walmart | FOSHANSHIFANMEIKEJIYOUXIANGONGSI | 111067709 |
| 630 | Walmart | CenturyProsper | 783673357 |
| | | | |
| 633 | Walmart | shenzhenshidexianghetaimaoyiyouxiangongsi | 330164037 |
| 633 | Walmart | shenzhenshidexianghetaimaoyiyouxiangongsi | 313688809 |
| 633 | Walmart | shenzhenshidexianghetaimaoyiyouxiangongsi | 164317582 |
| 633 | Walmart | shenzhenshidexianghetaimaoyiyouxiangongsi | 280379582 |
| 633 | Walmart | shenzhenshidexianghetaimaoyiyouxiangongsi | 428561278 |
| 633 | Walmart | shenzhenshidexianghetaimaoyiyouxiangongsi | 822456584 |
| 633 | Walmart | shenzhenshidexianghetaimaoyiyouxiangongsi | 410432416 |
| 633 | Walmart | shenzhenshidexianghetaimaoyiyouxiangongsi | 384329491 |
| | | | |
| 637 | Walmart | beihaiyuanxinkangdianzishangwuyouxiangongsi | 400154519 |
| 637 | Walmart | beihaiyuanxinkangdianzishangwuyouxiangongsi | 311020896 |
| 637 | Walmart | beihaiyuanxinkangdianzishangwuyouxiangongsi | 348451009 |

| | | | |
|---|---|---|---|
| 637 | Walmart | beihaiyuanxinkangdianzishangwuyouxiangongsi | 710509826 |
| 637 | Walmart | beihaiyuanxinkangdianzishangwuyouxiangongsi | 697124319 |
| 637 | Walmart | beihaiyuanxinkangdianzishangwuyouxiangongsi | 171928214 |
| 637 | Walmart | beihaiyuanxinkangdianzishangwuyouxiangongsi | 690508212 |
| 637 | Walmart | beihaiyuanxinkangdianzishangwuyouxiangongsi | 161073407 |
| 643 | Walmart | xinlonyao | 447369674 |
| 643 | Walmart | xinlonyao | 914984759 |
| 645 | Walmart | kaifengqingjianshangmaoyouxiangongsi | 975565983 |
| 645 | Walmart | kaifengqingjianshangmaoyouxiangongsi | 645418514 |

| | | | |
|---|---|---|---|
| | | | |
| 648 | Wish | lovemoly | 60530b14e8629f8870668feb |
| 649 | Wish | Cute Fat Mango | 5f6b14da2da55918a6567494 |
| | | | |
| 653 | Wish | haohanstore | 609113ffe4ec2dd98369973d |
| 654 | Wish | zheng chao Foreign trade | 55a27b1b693d4e41aa9e1caf |
| 655 | Wish | Rosa Rugosa | 61aac2bb364cdce5a2986deb |
| | | | |
| 657 | Wish | SSHY | 5bf3bba6807db26adc662f8d |
| 657 | Wish | SSHY | 607546dcc7d2c72dd8f90b54 |
| 658 | Wish | Amazing China | 5e4a54e247958c1600e5108c |
| 659 | Wish | beautyday2015 | 57b5795b73c6a62832c7b5ef |
| 660 | Wish | luckyleaves | 601ce959347c2c4b66e2ee15 |
| | | | |
| 662 | Wish | gerenwanglilong | 575add25b4e49f60bbb7e407 |
| 663 | Wish | GenuDeal | 6005499b4d77870fb3f9da20 |
| 663 | Wish | GenuDeal | 5716dacbac3dd50e4d19e1a3 |
| 664 | Wish | boston8 | 58b90bdb643c967ac8c483fb |
| 665 | Wish | juheng02 | 5cdbd10fb5d96738ac4a737c |

| | | | |
|---|---|---|---|
| 666 | Wish | yiwushiqianbianshipinyouxiangongsi | 601ca8f92d8ae76e0f5396 52 |
| 667 | Wish | Man YingLi | 5f51df4bfb712c100d8e41 46 |
| 668 | Wish | ruifenglan | 5e7afa71fe7d92072702be 79 |
| 668 | Wish | ruifenglan | 5721b4db20a0bf5d0938a 5a1 |
| 669 | Wish | Special-offerly | 5dc0d02454b1c50349874 9d1 |
| 669 | Wish | Special-offerly | 5dc00b7396703c47e2b10 bd0 |
| | | | |
| 671 | Wish | Golden pleasure | 60d44bc96d07143257549 98d |
| 672 | Wish | Cheap Deals | 5f767f848e402900479902 f3 |
| 673 | Wish | dreamcomereality | 57bed827d883d96208427 7db |
| 674 | Wish | Starsun | 5ef305cecb13ab485cfa34 15 |
| 675 | Wish | hohohai | 5bcfefa14c65681b544270 38 |
| 676 | Wish | Corner-door | 5efaf26fd5898b227869fe 15 |
| 677 | Wish | Smily | 5c498ecde833283464949 75c |
| 677 | Wish | Smily | 5fe069a5b75d2e68a98bef f0 |
| 678 | Wish | FashionHouse888 | 5bc9a66fe690e3170bc174 3c |
| 679 | Wish | castle668 | 5bc6e5ca7717bb6e7246cc af |
| 680 | Wish | handballshou | 6094ff844d6de51f036304 e8 |
| 681 | Wish | Dotfashion | 5bc6fca2f24c4b57f4a38c 42 |
| 682 | Wish | stroll | 581fccd11bf30d59118b76 7c |
| 683 | Wish | Bamaul | 60208bab9e018d586c8cd 357 |
| 684 | Wish | Mantina | 5e4792d16995f83e9826af 89 |
| 685 | Wish | son | 612cc764c4a58a5dd59b6 91b |

31

| | | | |
|---|---|---|---|
| 686 | Wish | Homesick | 5d42b0f794c3ad06201a040d |
| 687 | Wish | iMeMyMine | 59f2c6c31b304a35b161bd9b |
| | | | |
| 689 | Wish | Shhssvv | 58f072fbc3118e3965395a4d |
| 689 | Wish | Shhssvv | 5e143feadcf63179ad715b1a |
| 690 | Wish | Tigersbaby | 5fe065ba94a45e4e3ff6c750 |
| 691 | Wish | Fairy tale Q | 5fe065bdcf4c502f244aa0a8 |
| 692 | Wish | sveta_julia | 61aac2cffb295b52a106274f |
| 693 | Wish | bczm | 5a3c60ebff96b66f6fcaed7f |
| 694 | Wish | guozhixinli | 5f8eb34e9fb6d51c9e0502d2 |
| | | | |
| 696 | Wish | Hatch | 601cf32672d7684c891d22ab |
| 697 | Wish | MengKunqi | 5ea3b3d0036e05197c2ee254 |
| 698 | Wish | yuhuihai | 5b7668f2b0db422552444072 |
| 699 | Wish | houzihao | 5eb51164140e2b2ec3accc42 |
| | | | |
| 701 | Wish | boundlesy | 61aac2db317a26dd23f222ee |
| | | | |
| 703 | Wish | prpr | 60ade0088eaafce2a8d71d92 |
| 704 | Wish | wanlinglingdedianpu | 5f9f64eb72b3c790316fe7c9 |
| 705 | Wish | fanhairong | 61aac2f71b37d8ac24146ec2 |

| 707 | Wish | alpharush | 5f4a1f9d3328c7170a5bedd8 |
|---|---|---|---|
| 708 | Wish | wuxianglan | 60d68cf69dec2bc76fd53236 |
| 709 | Wish | spreadna | 61aac2e3711b150cd25cd2a3 |
| 710 | Wish | Yucattle | 5eb508eb454da92e232da3b4 |
| 711 | Wish | Fibreskate | 5d81ee9ddd59b22dbc82a0dc |
| 712 | Wish | mixiaoya0520 | 61aac2ec3247a143fb988f9d |
| 713 | Wish | buyinhk2017 | 5d5a699d0cbbd11ee8ff9eb3 |
| 714 | Wish | Happytree98 | 5cf60d311a16105d7e77d73d |
| 715 | Wish | vivianjj | 5dfb3b14493f630cb0796216 |
| 716 | Wish | Smart - Kids Juicer | 5a59636489889924da14befe |
| 717 | Wish | HardwareVipStore | 59882eb195011269d2ed994b |
| 718 | Wish | linpinshop | 5a2d3129325cf44ec97b2c57 |
| 719 | Wish | Vip Trend Jewelry Shop | 599e3c9e9a9e3632a18d6cac |
| 719 | Wish | Vip Trend Jewelry Shop | 59b0174d0da8cb70c7ce8b18 |
| 720 | Wish | FiveDaoxiang | 5fe069f58b61dc6e29e08bc8 |
| | | | |
| 722 | Wish | HPPMM | 5c247af2bde3ec229bd2750b |
| 723 | Wish | ywcompeteyouth03 | 5a1e71f5eceb080c009143b6 |
| 724 | Wish | candycemin | 61aac2f6f9773228b165e1b1 |
| | | | |
| 726 | Wish | storebar | 5d6ccedba233d940c70d497c |
| | | | |

| | | | |
|---|---|---|---|
| | | | |
| 731 | Wish | goodthinklinethere | 610e44990a478430e517bdeb |
| 732 | Wish | fullDawn | 5f48a2c4f738870442374ba9 |
| 733 | Wish | Endlessvaste | 610120137c206fcc94b8a5ee |
| | | | |
| 735 | Wish | nanxinxiaojie | 5c89fbf98c82b916fbead4ff |
| 736 | Wish | Tan Xi Cun Xiaodian | 5d42b6b92056e33990151edf |
| 737 | Wish | yiwusunshine | 5f4b605c428293326d2e72dd |
| 738 | Wish | zhouruying8 | 5ea1452342f03b48007992f5 |
| 739 | Wish | Allure Lover | 5fb4dcf1967c7e2c6d039562 |
| | | | |
| 741 | Wish | caijiani | 6093eec5b46e6c9f412fa0bd |
| 742 | Wish | hyeppw58 | 605c2350b005d7d06a306ef3 |
| 743 | Wish | LiuYa smileshop | 606fa89495d61e731b707a88 |
| 744 | Wish | Iodekg | 5e454266a1764a888b6b64db |
| 745 | Wish | thanRitaj Schmidt | 5ec233696831cc1c2e0d9825 |
| | | | |
| 747 | Wish | Miss huping shop | 5e5e29f27c993a59f72021a7 |
| 748 | Wish | yunliss | 5fd0941fd7f7a34963a98f9f |
| 749 | Wish | cuitt | 5e57545f60f35b330ffff970 |
| 750 | Wish | Suoqins shop | 5e5e29dea6358226c0054c2e |

| 751 | Wish | winterflower | 5fd094aa3859cf52153e0a08 |
| 752 | Wish | kingying | 5e5dd25d4a8063273d333891 |
| 753 | Wish | WUDIhahaha | 5e60bea0d1e075d0fdc17327 |
| 754 | Wish | supermarkerqin | 5e5dd23b484e1f144373302f |
| | | | |
| 756 | Wish | huoxing1713 | 607118aef13672c984e238fb |
| | | | |
| 758 | Wish | yan20198888 | 6183a1939d54c16d5fd791c0 |
| 759 | Wish | KVANACE | 609c8fddd9d4b74b77f5b0fd |
| 760 | Wish | BRHTbhet | 5fd094dfd5198263b17989a9 |
| 761 | Wish | XIAORONG1014 | 5e5dd24a1876df28524bf55f |
| 762 | Wish | Radiator carpet | 5e60be95672798d16eb993c1 |
| | | | |
| 764 | Wish | XIAOBAICAI123 | 6049ce74dd30d82c71813c77 |
| 765 | Wish | YS1909 | 5e382af4b36ec63382716530 |
| 766 | Wish | chendan3175 | 6123037a368c85796e36c38d |
| 767 | Wish | Ruongzian | 5d91b9f56bea930b0a314f17 |
| | | | |
| 770 | Wish | huang2019929 | 5ee89eb1b698912d620470e9 |
| 771 | Wish | YiBaiLiXia | 608d1c7c052af1e749aa14f7 |
| 772 | Wish | S_shaozhuo | 60218230da4deecce36a8836 |
| 773 | Wish | Neoscrim | 5f33b42035f813003cd9fa33 |

| | | | |
|---|---|---|---|
| 774 | Wish | FACAIlei | 60544ef6435b3670ff98b090 |
| 775 | Wish | Plaster Care | 5df1fcfa0062b00cc20f1c5a |
| 776 | Wish | editorialpsp | 5ecd024ffd6a323f419c1ce1 |
| 777 | Wish | junjunheny | 6098f887a5d09f16bc7e57a3 |
| 778 | Wish | nngbufnri | 5f72ae8d54c3300b5e55fe78 |
| 779 | Wish | Wioiostore | 5eb801d8fff042d18810053b |
| 780 | Wish | Laint1 | 604f2dfd5897fec97daf0831 |
| 781 | Wish | jonascoooopeer | 5f117ad190867e6b426da046 |
| 782 | Wish | maurieya | 6051c36e7bdb714c5b724fdb |
| 783 | Wish | HansikonggSg | 5f55d21e60b0f5004f87de12 |
| 784 | Wish | 33ap7bmxsmrq | 60764dd0d32de8a8f65e6d6e |
| ⬛ | ⬛ | ⬛ | ⬛ |
| 786 | Wish | RandolphMaxinewQzAw | 60df96e244972bd0e464839b |
| 786 | Wish | RandolphMaxinewQzAw | 60a1949a0766a6c684e624ee |
| 787 | Wish | JonathanHiramnOhOoG | 5f8a85e22a015f021bc947c7 |
| 788 | Wish | Top180 | 5f7b1e55acc22ea381487535 |
| ⬛ | ⬛ | ⬛ | ⬛ |
| 790 | Wish | shawnkexwu | 6051c5166a8b2b4d2094eb6d |
| 791 | Wish | sixihaya | 5f50bf86ac0afa15af2eb8bd |
| 792 | Wish | JINQIANGmei0423 | 5f6ae35aa01b2106be84d6cd |
| 793 | Wish | JHSDBVK BSD51515 | 5f648ee8c650b702b3aa34c2 |
| ⬛ | ⬛ | ⬛ | ⬛ |
| 795 | Wish | YinxinDecoctionjS | 609f28426bd61c5b6becf07c |

|  |  |  |  |
|---|---|---|---|
|  |  |  |  |
| 797 | Wish | YM Private Shop01 | 616ed650fd160bb384e6812a |
| 798 | Wish | Chenchang627 | 614197fd00d22204183135ba |
|  |  |  |  |
| 800 | Wish | kuawar | 61851b98131035fdd2e518bb |
| 801 | Wish | Deehaowun | 61851b730dffb4ad04223c96 |
| 802 | Wish | NANKINGW | 5fc395225bdb6796c66653cb |
| 803 | Wish | Cmdedtis | 61546f3146d1a52d48aa193e |
| 803 | Wish | Cmdedtis | 61542dc5b669bb77dde2483 |
| 804 | Wish | Fhiamods | 61541195c2f689e9d1433991 |
| 804 | Wish | Fhiamods | 6153e5f4320d9220e1d900c1 |
| 805 | Wish | Honglipan | 6153e66d05fa5e9fdca540fe |
| 806 | Wish | KIUDSAH | 5fe2f9b99df7ca104f6a2a6e |
| 807 | Wish | WIEJDOSVI | 6080e0bc987ecb7af203ec80 |
| 808 | Wish | LOVETRUMP | 5ffad8f5de958784c7f4578a |
| 808 | Wish | LOVETRUMP | 5ff57d7e067b9d3a84ff39ba |
| 808 | Wish | LOVETRUMP | 5fec4a3def47f302a3c1bf77 |
| 809 | Wish | Draioh | 60ab88dc4e2554e7a7bdf7e5 |
| 810 | Wish | keshanyouuy | 61aac28b6d0d65152e330a58 |
| 811 | Wish | Home & Garden US | 604b1eba416ce18c04738b25 |
| 812 | Wish | alcohols | 60c461716ba675e0c3bfa9da |
| 813 | Wish | decoracioneslinc | 6072826a913f9dc16df3ed6d |

| 814 | Wish | gGazhj | 6006e8c221bbeadea52aedd3 |
| 815 | Wish | luxurys | 60c462811a1b83e3bb2ec7fe |
| 816 | Wish | Dadamart Ltd | 619c99d410519547401b4fc0 |
| 817 | Wish | zhaohequn3578 | 6173f1062545009256815348 |
| 817 | Wish | zhaohequn3578 | 6059c44cdabebad556027993 |
| 818 | Wish | SSR Word Store | 60728272fb9355991e72fdb4 |
| 819 | Wish | yjxklajsndjkasf | 608179dbbead1fad9c8acad4 |
| 820 | Wish | zhjakjsdhjafs | 608e2e39f8417e25e3bdc538 |
| 821 | Wish | feiiaioa | 60854b351d9bef92e7ffaf36 |